**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Leonard,<br><br>        Petitioner,<br>v.<br><br>Charles L. Ryan, et al.,<br><br>        Respondents. | CV 08-2388-PHX-PGR (DKD)<br><br>**ORDER** |

The Court having reviewed *de novo* the Report and Recommendation (Doc. 12) of Magistrate Judge Duncan and no party having filed any objection to the Report and Recommendation,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 14)** is **ACCEPTED** and **ADOPTED** by the Court.

IT IS FURTHER ORDERED that petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is DISMISSED without prejudice.[1]

///
///
///
///

---

[1] Because Leonard's post-conviction proceedings are still pending in Maricopa County Superior Court, his habeas petition is premature.

IT IS FURTHER ORDERED **DENYING** a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal because dismissal of the Petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

DATED this 6th day of April, 2010.

Paul G. Rosenblatt
United States District Judge